# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GARNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>　　　　Defendant. | Case No. 1:25-cv-00163-SAB<br><br>ORDER RE JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER<br><br>(ECF No. 6) |

Before the Court is the parties' joint motion to extend the time in which Defendant may file its answer. The parties proffer that they are in settlement discussions and wish for an extension in order to potentially lead to a resolution of this matter. For good cause shown, the Court GRANTS the motion. Defendant shall have through March 17, 2025, to file its answer or otherwise respond to the complaint. However, the Court notes that it will not be inclined to grant a further extension of this deadline for purposes of settlement discussions.

IT IS SO ORDERED.

Dated: **February 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge