# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GARNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00163-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 8)<br><br>**MAY 12, 2025 DEADLINE** |

On March 12, 2025, the parties filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed no later than May 12, 2025. (ECF No. 8.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents **no later than May 12, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: __March 13, 2025__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge