# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GARNER,<br><br>          Plaintiff,<br><br>     v.<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>          Defendant. | Case No. 1:25-cv-00163-SAB<br><br>ORDER RE STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10) |

Before the Court is the parties' stipulation to extend the time in which to file dispositional documents by thirty-two days. (ECF No. 10.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the parties shall have through **June 13, 2025**, to file dispositional documents. Any further extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **May 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge